**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6726

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DWAYNE MITCHELL LITTLEJOHN, a/k/a Manson,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.   Martin K. Reidinger, Chief District Judge.   (2:08-cr-00036-MR-WCM-2; 1:22-cv-00090-MR)

Submitted:  November 15, 2022                     Decided:  January 4, 2023

Before AGEE and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Dwayne Mitchell Littlejohn, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dwayne Mitchell Littlejohn, a federal prisoner, appeals the district court's order denying his petition for a writ of error coram nobis. Having reviewed the record, we are satisfied that the district court did not abuse its discretion in denying the petition based on Littlejohn's failure to establish a valid reason for his delay in seeking relief. *See United States v. Lesane*, 40 F.4th 191, 196-97 (4th Cir. 2022) (stating standard of review and explaining requirements for coram nobis relief). Accordingly, we affirm. We also deny Littlejohn's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*